IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MATOS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PRISON HEALTH SERVICE INC., et al.,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 14-4517 |

# ORDER

**AND NOW**, this 7th day of May 2015, upon consideration of Plaintiff Michael Matos' Complaint (Doc. No. 4), Defendant Prison Health Services, Inc.'s Motion to Dismiss (Doc. No. 12), Defendant Mental Health Management, Inc.'s Motion to Dismiss (Doc. No. 8), and Plaintiff's Response to both Motions (Doc. Nos. 19), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant Prison Health Services, Inc.'s Motion to Dismiss (Doc. No. 12) and Defendant Mental Health Management, Inc.'s Motion to Dismiss (Doc. No. 8) are **GRANTED**.  The Clerk of Court is **ORDERED** to close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.